UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ZACHARY CLEMANS
                PLAINTIFF

                                                    CASE No. 3:15-CV-726-JHM

vs.

COLLECTION ASSOCIATES NATIONAL, INC.
                DEFENDANT

**AGREED ORDER DISMISSING CASE WITH PREJUDICE**

By agreement of the parties hereto and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the above styled action be and is dismissed as to all claims herein, with prejudice.

IT IS FURTHER AGREED AND HEREBY ORDERED that the Court retains jurisdiction of this matter for the purpose of enforcing the terms of the Settlement Agreement.

*[signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

December 23, 2015

HAVE SEEN AND AGREED BY:

**DEATRICK & SPIES, P.S.C.**           **LAWSON AT LAW, PLLC**

BY:/s/David R. Deatrick, Jr._____     BY:/s/James H. Lawson (with permission)\_\_\_\_
    DAVID R. DEATRICK, JR.                   JAMES H. LAWSON
    COUNSEL FOR DEFENDANT              COUNSEL FOR PLAINTIFF
    1587 Story Avenue                              115 S. Sherrin Avenue, Suite #4
    P.O. Box 4668                                    Louisville, Kentucky 40207
    Louisville, Kentucky 40204-0668        (502) 473-6525
    (502) 583-9607                                 james@kyconsumerlaw.com
    ddeatrick@dsatty.com